JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00041-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| MICHAEL SHORTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jean N. Ripley, counsel for the United States, and Brian Pugh, counsel for defendant Michael Shorter, that the sentencing hearing currently scheduled on August 10, 2023, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Government counsel anticipates the need to call one or more witnesses in support of the restitution amount sought in this action. An anticipated witness for the government has a conflict on the hearing date.

2. Defendant Michael Shorter is not in custody and agrees to the continuance.

/ / /

1

3. This is the first request to continue the sentencing hearing.

DATED this 4th day of August, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Jean N. Ripley* | */s/ Brian Pugh* |
| JEAN N. RIPLEY<br>Assistant United States Attorney | BRIAN PUGH<br>Assistant Federal Defender |
| *Counsel for the United States* | *Counsel for Michael Shorter* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL SHORTER,

        Defendant.

Case No. 2:23-cr-00041-RFB-DJA

**ORDER**

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on August 10, 2023, at 10:30 a.m., is vacated and continued to August 31, 2023 at 8:30 a.m.

DATED this 4th day of August, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

3