RENEL.VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Michael Shorter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-041-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING (THIRD REQUEST)** |
| v. | |
| MICHAEL SHORTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Michael Shorter, that the Sentencing Hearing currently scheduled on October 24, 2023 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to try to come to a resolution as to restitution.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1    This is the third request for a continuance of the sentencing hearing.

2    DATED this 11th day of October, 2023.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney
5

6
     By: *Isl Brian Pugh*                   By: *Jean Ripley*
7    BRIAN PUGH                             JEAN RIPLEY
     Assistant Federal Public Defender      Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

MICHAEL SHORTER,

       Defendant.

Case No. 2:23-cr-00041-RFB-DJA

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 24, 2023 at 9:30 a.m., be vacated and continued to **November 14, 2023 at 8:30 a.m.**

DATED this day 12 of October, 2023

_____
UNITED STATES DISTRICT JUDGE

3