RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Michael Shorter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>MICHAEL SHORTER,<br><br>       Defendant. | Case No. 2:23-cr-00041-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Shorter, that the Revocation Hearing currently scheduled on September 22, 2025 at 10:00 a.m., be vacated and continued to either October 6th or 7th or a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

1.     The parties are actively working towards a resolution.  The requested continuance will permit sufficient time for defense counsel to relay the offer to Mr. Shorter.

2.     The defendant is in custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    This is the first request for a continuance of the revocation hearing.

3    DATED this 17th day of September 2025.

4

5    RENE L. VALLADARES                SIGAL CHATTAH
     Federal Public Defender           Acting United States Attorney

6

7        /s/ Raquel Lazo                   /s/ Jean Ripley
     By_____    By_____

8    RAQUEL LAZO                       JEAN RIPLEY
     Assistant Federal Public Defender Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00041-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL SHORTER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Monday, September 22, 2025 at 10:00 a.m., be vacated and continue to October 7, 2025 at 9:45 a.m.

:

DATED this 18th day of September 2025.

_____
UNITED STATES DISTRICT JUDGE